PAUL G. CEREGHINI
Nevada Bar No. 10000
JEFFREY C. WARREN (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 643-2300 (Telephone)
(602) 2480947 (Facsimile)
paul.cereghini@bowmandbrooke.com
jeffrey.warren@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

MARIO D. VALENCIA
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494 (Telephone)
(702) 384-7545 (Facsimile)
valencia.mario@gmail.com

Attorneys for Defendants Hyundai Motor America
and Hyundai Motor Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN L. LAVOIE, individually, LAUREN L. LAVOIE, as Guardian and Natural Parent of L.S., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a Foreign Corporation; HYUNDAI MOTOR COMPANY, a Foreign Corporation; DOES I-X; ROES CORPORATIONS I-X; inclusive,<br><br>Defendants. | No.: 2:22-cv-00628-GMN-VCF<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Charles M. Seby hereby withdraws as attorney of record for Hyundai Motor America ("HMA") and Hyundai Motor Company ("HMC"). Mr. Seby has departed Bowman and Brooke LLP to practice at a different firm, and he is no longer associated with this matter and should be removed from the service list. HMA and

HMC remain represented by Paul G. Cereghini, Esq. and Jeffrey C. Warren, Esq. of the law firm Bowman and Brooke LLP and Mario D. Valencia, Esq. All future filings, correspondence, motions, and other documents in this matter should be directed to Mr. Cereghini, Mr. Warren, and Mr. Valencia.

DATED this 3rd day of October, 2022.

**BOWMAN AND BROOKE LLP**

By: */s/Paul G. Cereghini*
Paul G. Cereghini
Nevada Bar No. 10000
Jeffrey C. Warren (*Pro Hac Vice*)
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 643-2300

Mario D. Valencia
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494

*Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company*

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

DATED 4-7-2023

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on October 3rd, 2022, I electronically transmitted the foregoing

3 **NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF

4 System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF

5 Registrants:

6 Peter S. Christiansen, Esq.
R. Todd Terry, Esq.

7 Kendelee L. Works, Esq.
Whitney J. Barrett, Esq.

8 Keely A. Perdue, Esq.
CHRISTIANSEN TRIAL LAWYERS

9 710 S. 7th St., Ste. B
Las Vegas, NV 89101

10 pete@christiansenlaw.com
tterry@christiansenlaw.com

11 kworks@christiansenlaw.com
wbarrett@christiansenlaw.com

12 keely@christiansenlaw.com

13 *Attorneys for Plaintiff*

14

15                               */s/Kelly Brubaker*

16                               An employee of Bowman and Brooke LLP

17

18

19

20

21

22

23

24

25

26

27

28