

**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:      (866) 412-6992
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN L. LAVOIE, individually, LAUREN L. LAVOIE, as Guardian and Natural Parent of L.S., a Minor,;<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a Foreign Corporation; HYUNDAI MOTOR COMPANY, a Foreign Corporation; DOES I-X; ROES CORPORATIONS I-X; inclusive,<br>Defendants. | CASE NO.   2:22-cv-00628-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLAIMS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT [ECF 41]**<br><br>**[FIRST REQUEST]** |

In accordance with this Defendants' Motion filed on September 29, 2023 (ECF No. 41), Plaintiffs Lauren L. Lavoie, individually and as Guardian and Natural Parent of L.S., a Minor ("Plaintiffs"), and Defendants Hyundai Motor America ("HMA") and Hyundai Motor Company ("HMC") (collectively, "Hyundai Defendants"), by and through their respective attorneys of record, hereby submit the present stipulation to respectfully request that the Court extend the October 13, 2023 deadline for Plaintiffs to respond to *Hyundai's Motion to Dismiss Plaintiffs' Claims as a Spoliation Sanction, or Alternatively, Motion for Summary Judgment* [ECF 41], filed on September 29, 2023, by one week to October 20, 2023.

1. The extension is due to work-load issues and unanticipated scheduling conflicts of Plaintiffs' current counsel, and in light of the crucial importance of the Hyundai Defendants' Motion and the cases dispositive sanctions sought therein, an extension of time is necessary to complete work on the motions.  This is the first stipulation for the requested extension.

2. Although Plaintiffs' counsel has begun preparing and will continue to diligently work on Plaintiffs' response to the Hyundai Defendants' Motion, additional time is needed due to work-load related issues and unanticipated scheduling conflicts.

3. Thus, the parties stipulate and agree that the deadline for Plaintiffs to respond to the Hyundai Defendants' Motion to October 20, 2023.  Additional time is not expected or needed.

4. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted this 13th day of October, 2023.

| CHRISTIANSEN TRIAL LAWYERS | BOWMAN AND BROOKE, LLP |
|---|---|
| */s/ Peter S. Christiansen* | */s/ Lauren L. Walter* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>WHITNEY J. BARRETT, ESQ.<br>Nevada Bar No. 13662<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | PAUL G. CEREGHINI, ESQ.<br>Nevada Bar No. 10000<br>LAUREN L. WALTER, ESQ.<br>Nevada Bar No. 16464<br>Suite 1900, Phoenix Plaza<br>2929 North Central Avenue<br>Phoenix, Arizona 85012-2761<br><br>MARIO D. VALENCIA, ESQ.<br>Nevada Bar No. 6154<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: October 16, 2023

_____
UNITED STATES DISTRICT COURT JUDGE