# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lauren L. Lavoie,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Hyundai Motor America, *et al*.,<br><br>　　　　　　Defendant(s). | **2:22-cv-00628-GMN-MDC**<br><br>**Order Setting Hearing** |

　　　The parties shall appear for an in-person hearing on May 1, 2024, at 11:00AM in courtroom 3C on the following motion: *Motion To Dismiss Plaintiffs' Claims As Spoliation Sanction* (ECF No. 41).

　　　It is so ordered.

　　　Dated this 9th day of April 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge