# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lauren L. Lavoie,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Hyundai Motor America, *et al.*,<br><br>　　　　　　Defendant(s). | 2:22-cv-00628-GMN-MDC<br><br>**Order** |

The *Stipulation to Continue the May 1, 2024 Hearing* (ECF No. 51) is **GRANTED**. The Hearing is **rescheduled** to **May 17, 2024,** at **9:00AM** in **Courtroom 3B**.

DATED this 16th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge