

| | |
|---|---|
| 1 | **PETER S. CHRISTIANSEN, ESQ.** |
| | Nevada Bar No. 5254 |
| 2 | pete@christiansenlaw.com |
| | **R. TODD TERRY, ESQ.** |
| 3 | Nevada Bar No. 6519 |
| | tterry@christiansenlaw.com |
| 4 | **WHITNEY J. BARRETT, ESQ.** |
| | Nevada Bar No. 13662 |
| 5 | wbarrett@christiansenlaw.com |
| | **CHRISTIANSEN TRIAL LAWYERS** |
| 6 | 710 South 7th Street |
| | Las Vegas, Nevada 89101 |
| 7 | Telephone:   (702) 240-7979 |
| | Facsimile:   (866) 412-6992 |
| 8 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN L. LAVOIE, individually, LAUREN L. LAVOIE, as Guardian and Natural Parent of L.S., a Minor,; | CASE NO.   2:22-cv-00628-GMN-MDC |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION [ECF NO. 54]** |
| vs. | |
| HYUNDAI MOTOR AMERICA, a Foreign Corporation; HYUNDAI MOTOR COMPANY, a Foreign Corporation; DOES I-X; ROES CORPORATIONS I-X; inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Lauren L. Lavoie, individually and as Guardian and Natural Parent of L.S., a Minor ("Plaintiffs"), and Defendants Hyundai Motor America ("HMA") and Hyundai Motor Company ("HMC") (collectively, "Hyundai Defendants"), by and through their respective attorneys of record, that the deadline for Plaintiffs to file their objection to the Magistrate's Report and Recommendation [ECF No. 54], currently due June 11, 2024, be continued to June 14, 2024.

Plaintiffs' counsel seeks a three (3) day extension of the current deadline for the following reasons:



1.  The extension is due to work-load issues and unanticipated scheduling conflicts of Plaintiffs' current counsel, and in light of the crucial importance of the case dispositive sanctions at issue, an extension of time is necessary to complete work on the objection. This is the first stipulation for the requested extension.

2.  Although Plaintiffs' counsel has begun preparing and will continue to diligently work on the objection, additional time is needed due to work-load related issues and unanticipated scheduling conflicts.

3.  Thus, the parties stipulate and agree that the deadline for Plaintiffs to file an objection to the Magistrate's Report and Recommendation to June 14, 2024. Additional time is not expected or needed.

4.  This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted this 10th day of June, 2024.

| CHRISTIANSEN TRIAL LAWYERS | BOWMAN AND BROOKE, LLP |
|---|---|
| /s/ Peter Christiansen | /s/ Jeffrey Warren |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>WHITNEY J. BARRETT, ESQ.<br>Nevada Bar No. 13662<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | PAUL G. CEREGHINI, ESQ.<br>Nevada Bar No. 10000<br>JEFFREY C. WARREN, ESQ. (*pro hac vice*)<br>Suite 1900, Phoenix Plaza<br>2929 North Central Avenue<br>Phoenix, Arizona 85012-2761<br><br>MARIO D. VALENCIA, ESQ.<br>Nevada Bar No. 6154<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: June 11, 2024

_____
UNITED STATES DISTRICT COURT JUDGE