

1  **PETER S. CHRISTIANSEN, ESQ.**
   Nevada Bar No. 5254
2  pete@christiansenlaw.com
   **R. TODD TERRY, ESQ.**
3  Nevada Bar No. 6519
   tterry@christiansenlaw.com
4  **WHITNEY J. BARRETT, ESQ.**
   Nevada Bar No. 13662
5  wbarrett@christiansenlaw.com
6  **CHRISTIANSEN TRIAL LAWYERS**
   710 South 7th Street
7  Las Vegas, Nevada 89101
   Telephone:    (702) 240-7979
8  Facsimile:    (866) 412-6992
   *Attorneys for Plaintiff*
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN L. LAVOIE, individually, LAUREN L. LAVOIE, as Guardian and Natural Parent of L.S., a Minor,; | CASE NO.   2:22-cv-00628-GMN-MDC |
| Plaintiffs, | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| HYUNDAI MOTOR AMERICA, a Foreign Corporation; HYUNDAI MOTOR COMPANY, a Foreign Corporation; DOES I-X; ROES CORPORATIONS I-X; inclusive, | |
| Defendants. | |

Pursuant to Local Rule 26-1(e), the parties submit their proposed Discovery Plan and Scheduling Order. Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

(1)    **Meeting**: The parties conducted the Rule 26(f) conference on July 19, 2024.

### SPECIAL SCHEDULING REVIEW REQUESTED

(2)    **Stipulated Discovery Plan**. The parties propose a longer period for discovery than that specified in LR 26-1(b). The parties agree that 9 months of discovery in this product liability case is appropriate, especially given the complexity of the liability and damages issues involved.

The vehicle at issue is comprised of numerous components and sub-components. The specific components at issue in this case have yet to be identified, but may be determined through discovery, including expert discovery. Due to the complexity in determining what, if any, components are at issue, the parties further request staggered expert disclosure deadlines. The parties anticipate discovery regarding Hyundai Motor America's design, testing, and manufacture of the subject vehicle and component parts at issue. The parties also anticipate discovery of Plaintiff, eyewitnesses to the crash, first responders, and medical providers. The parties also anticipate significant expert discovery.

The parties propose the following discovery period below:

| | |
|---|---|
| **(1) Discovery Cut-Off Date.** | April 7, 2025, which is 270 days from the date of this Court's Order Denying Motion to Dismiss [ECF No. 62]. |
| **(2) Amending the Pleadings and Adding Parties.** | November 25, 2024, which is 135 days before the discovery cut-off date. |
| **(3) Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).** Plaintiffs' Expert Disclosures. | November 25, 2024, which is 135 days before the discovery cut-off date. |
| Defendants' Expert Disclosures. | January 9, 2025, staggered to be 45 days after Plaintiffs' expert disclosures. |
| Defendants' Rebuttal Expert Disclosures. | January 9, 2025, which is 45 days after Plaintiffs' expert disclosures. |
| Interim Status Report | February 6, 2025, which is 60 days before the discovery cut-off date. |
| Plaintiffs' Rebuttal Expert Disclosures | February 24, 2025, which is 45 days after Defendants' expert disclosures. |
| **(4) Dispositive Motions** | May 7, 2025, which is 30 days after the close of the discovery period, if any, commencing after resolution of any motions regarding the inspection of the subject vehicle. |

| | |
|---|---|
| **(5) Joint Pre-Trial Order** (if no dispositive motions) | June 6, 2025, which is not more than 30 days after the date set for filing dispositive motions in this case. This deadline will be suspended if dispositive motions are timely filed until 30 days after decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP 26(a)(3), and objections thereto, shall be made in the pre-trial order. |

(6) **Fed. R. Civ. P. 26(a)(3) Disclosures.** The parties will serve their respective disclosures on or before August 2, 2024.

(7) **Alternative Dispute Resolution.** The parties certify they have conferred about the possibility of using alternative dispute resolution processes, specifically mediation, and are considering whether it would be mutually beneficial before preliminary discovery is completed. Counsel agreed to confer with their respective clients before making a decision.

(8) **Alternative Forms of Case Disposition.** The parties also considered, but declined, to consent to a trial by a magistrate judge and the use of the short trial program.

(9) **Electronic Evidence.** The parties discussed electronic evidence, and stipulate that they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties also stipulate they will provide discovery in an electronic format with the Court's electronic jury evidence display system.

Plaintiffs agree to receive electronic service at:

tterry@christiansenlaw.com, wbarrett@christiansenlaw.com, jcrain@christiansenlaw.com, ab@christiansenlaw.com, chandi@christiansenlaw.com, esther@christiansenlaw.com.

Defendants agree to receive electronic service at

paul.cereghini@bowmanandbrooke.com, jeffrey.warren@bowmandbrooke.com, jessica.brown@bowmanandbrooke.com, valencia.mario@gmail.com.

Further, the parties anticipate that a protective order will be necessary to protect confidential information exchanged during discovery. The parties have agreed to twenty (20) witness depositions per side, to be conducted by video as necessary.

3

DATED: July 30, 2024

**CHRISTIANSEN TRIAL LAWYERS**

By /s/ Peter S. Christiansen
PETER S. CHRISTIANSEN, ESQ.
NV Bar No. 5254
R. TODD TERRY, ESQ.
NV Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED: July 30, 2024

**BOWMAN AND BROOKE LLP**

By /s/ Jessica E. Brown
PAUL G. CEREGHINI, ESQ.
NV Bar No. 10000
JEFFREY C. WARREN (*pro hac vice*)
JESSICA E. BROWN, ESQ.
NV Bar No. 14487
2901 North Central Plaza
Phoenix, AZ 85012

MARIO D. VALENCIA
Nevada Bar No. 6154
ATTORNEY AT LAW, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
*Attorneys for Defendant Hyundai Motor America*

## ORDER

IT IS SO ORDERED as stipulated by the parties.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 8/2/2024

4