**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN L. LAVOIE, individually; LAUREN L. LAVOIE, as Guardian and Natural Parent of L.S., a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a Foreign Corporation; HYUNDAI MOTOR COMPANY, a Foreign Corporation; DOES I-X; ROES CORPORATIONS I-Xl, inclusive,<br><br>Defendants. | CASE NO.: 2-22-cv-00628-GMN-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

COMES NOW, Plaintiff LAUREN L. LAVOIE, individually, and as Guardian and Natural Parent of L.S., a Minor, by and through her attorneys of record, the law firm CHRISTIANSEN TRIAL LAWYERS, and Defendants HYUNDAI MOTOR COMPANY and HYUNDAI MOTOR AMERICA, by and through their counsel of record, the law firm BOWMAN AND BROOKE, LLP and the law firm of MARIO D. VALENCIA, ATTORNEY AT LAW, LLC, and hereby stipulate to extend discovery deadlines set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 65). The parties' stipulation is supported by the following:



**I. Discovery Completed to Date.**

The parties have completed the following discovery:

- The parties have conducted a FRCP 26(f) conference on July 19, 2024;
- Plaintiff and Defendant Hyundai Motor America have served their respective FRCP 26(a) disclosures;
- Defendants Hyundai Motor America and Hyundai Motor Company have served written discovery to Plaintiff. Plaintiff has responded to the same;
- Plaintiff propounded written discovery on Defendants Hyundai Motor America and Hyundai Motor Company. The deadline for Defendants to serve responses has not yet passed;
- Plaintiff supplemented her FRCP 26(a) disclosures;
- Defendant Hyundai Motor America supplemented its FRCP 26(a) disclosures;
- Plaintiff provided provider specific authorizations pursuant to this Court's order on November 20, 2024; and
- The following depositions have been completed:
    1. Sharon Lavoie;
    2. Leslie Aspillaga;
    3. Kenneth Harding; and
    4. Officer James LaRose

**II. Discovery That Remains to be Completed.**

- FRCP 26(a) disclosures from Defendant Hyundai Motor Company including confidential technical documents upon entry of a protective order, which is being prepared;
- Defendant's responses to Plaintiffs' written discovery requests which are not yet due;
- Continued supplements to Defendant Hyundai Motor America's FRCP 26(a) disclosures;
- Disclosure of expert witnesses and rebuttal witnesses by all parties;
- Deposition of Defendant Hyundai Motor America FRCP 30(b)(6);

- Deposition of Defendant Hyundai Motor Company FRCP 30(b)(6);
- Deposition of Plaintiff Lauren Lavoie;
- Deposition of witness Christopher Stone;
- Depositions of lay witnesses;
- Depositions of expert witnesses;
- Receipt of medical records from Plaintiff Lauren Lavoie's previous medical providers; and,
- Depositions of treating medical providers.

### III. Reasons for Extension.

Good cause supports the requested extension. Counsel has been working diligently to adhere to the current discovery deadlines but each side has additional fact discovery they wish to complete before expert discovery, and jointly seek an extension of all discovery deadlines by one-hundred and twenty (120) days. Defendant Hyundai Motor Company is headquartered outside of the United States and, to date, has not disclosed any confidential documents pertaining to this case. Plaintiffs contend that they cannot proceed with FRCP 30(b)(6) depositions of Defendants Hyundai Motor Company and Hyundai Motor America and expert disclosures without the documents they requested in written discovery. By agreement of the parties at the initiation of this lawsuit, Defendants shall have a total of ninety (90) days to respond to written discovery because much of the information to be disclosed by Defendants will come from Korea. Plaintiffs further contend they require Defendants' written discovery responses and confidential document production before taking depositions of material defense witnesses and retention of expert witnesses.

Defendants have not been able to locate witness Christopher Stone whom Plaintiffs have identified as a fact witness and who reportedly serviced the vehicle the day before the crash. Defendants wish to depose Mr. Stone before its expert disclosures because the vehicle was spoliated before Defendants could inspect it, and Mr. Stone has first-hand knowledge of the vehicle and the condition of the vehicle at the time of the crash. Defendants attempted to serve Mr. Stone at his last known address three times and Plaintiff Lauren Lavoie does not have his

1  current address. He is thought to reside at a half-way home, and Defendants are continuing to
2  attempt to serve him at this time. Ms. Lavoie's deposition has also been delayed due to a discovery
3  dispute regarding the discoverability of Plaintiff Lauren Lavoie's prior medical records.
4  Magistrate Couvillier ordered Plaintiffs to provide HIPAA releases to Defendants which
5  Defendants received on November 20, 2024; however, Defendants are still awaiting Plaintiffs'
6  prior medical records, which are required prior to deposing Ms. Lavoie. Defendants wish to
7  depose Ms. Lavoie before submitting its expert disclosures.

8  The parties now jointly seek to extend the deadline for the close of discovery by one-
9  hundred and twenty (120) days, from April 7, 2025 to August 5, 2025, and to adjust all case
10  deadlines accordingly. This request is made in good faith and not for delay.

**IV.   Proposed Schedule for Completing all Remaining Discovery:**

The parties propose the following extensions of deadlines:

| Discovery Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Discovery | April 7, 2025 | **August 5, 2025** |
| Amending Pleadings and Adding Parties | November 25, 2024 | **March 25, 2025** |
| Plaintiffs' Initial Expert Disclosures | November 25, 2024 | **March 25, 2025** |
| Defendants' Expert Disclosures | January 9, 2025 | **May 9, 2025** |
| Defendants' Rebuttal Expert Disclosures | January 9, 2025 | **May 9, 2025** |
| Interim Status Report | February 6, 2025 | **June 6, 2025** |
| Plaintiffs' Rebuttal Expert Disclosures | February 24, 2025 | **June 24, 2025** |
| Dispositive Motions | May 7, 2025 | **September 4, 2025** |
| Joint Pre-Trial Order (if no dispositive motions) | June 6, 2025 | **October 3, 2025** |

25  / / /

27  / / /

**IT IS SO STIPULATED.**

DATED this 22nd day of November, 2024.                DATED this 22nd day of November, 2024.

CHRISTIANSEN TRIAL LAWYERS                BOWMAN AND BROOKE LLP


/s/ Whitney J. Barrett, Esq.                                   /s/ Jessica E. Brown, Esq.
PETER S. CHRISTIANSEN, ESQ.                        PAUL G. CEREGHINI, ESQ.
Nevada Bar No. 5254                                              Nevada Bar No. 10000
R. TODD TERRY, ESQ.                                        JEFFREY C. WARREN, ESQ. (pro hac vice)
Nevada Bar No. 6519                                              JESSICA E. BROWN, ESQ.
WHITNEY J. BARRETT, ESQ.                            Nevada Bar No. 14487
Nevada Bar No. 13662                                           2901 North Central Plaza
710 South 7th Street                                               Phoenix, AZ 85012
Las Vegas, NV 89101
*Attorneys for Plaintiffs*                                            MARIO D. VALENCIA, ESQ.
                                                                                  Nevada Bar No. 6154
                                                                                  ATTORNEY AT LAW, LLC
                                                                                  40 South Stephanie Street, Suite 201
                                                                                  Henderson, NV 89012
                                                                                  *Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company*

### ORDER

IT IS SO ORDERED as stipulated by the parties.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 11/25/2024