PAUL G. CEREGHINI
Nevada Bar No. 10000
JEFFREY C. WARREN (*Admitted Pro Hac Vice*)
JESSICA E. BROWN
Nevada Bar No. 14487
**BOWMAN AND BROOKE LLP**
Suite 1900, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 643-2300 (Telephone)
(602) 2480947 (Facsimile)
paul.cereghini@bowmandbrooke.com
jeffrey.warren@bowmandbrooke.com
jessica.brown@bowmandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

MARIO D. VALENCIA
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494 (Telephone)
(702) 384-7545 (Facsimile)
valencia.mario@gmail.com

*Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN L. LAVOIE, individually, LAUREN L. LAVOIE, as Guardian and Natural Parent of L.S., a Minor, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR AMERICA, a Foreign Corporation; HYUNDAI MOTOR COMPANY, a Foreign Corporation; DOES I-X; ROES CORPORATIONS I-X; inclusive, <br><br> Defendants. | No.: 2:22-cv-00628-GMN-MDC <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiffs Lauren L. Lavoie and L.S. a minor, by and through their counsel of record, Christiansen Trial Lawyers, and defendants Hyundai Motor America and Hyundai Motor Company, by and through their counsel of record, Bowman and Brooke LLP and Mario D. Valencia, Attorney at Law, LLC, that the above-captioned action shall be

1

dismissed with prejudice pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs. The parties have resolved this matter in its entirety and request the Court to close the case with prejudice.

DATED this 31st day of March, 2025.

**CHRISTIANSEN TRIAL LAWYERS**

By: /s/*Whitney J. Barrett, Esq.*_____
  Peter S. Christiansen, Esq. (Bar No. 5254)
  R. Todd Terry, Esq. (Bar No. 6519)
  Whitney J. Barrett, Esq. (Bar No. 13662)
  710 South 7th Street, Suite B
  Las Vegas, Nevada 89101

  *Attorneys for Plaintiffs*

DATED this 31st day of March, 2025.

**BOWMAN AND BROOKE LLP**

By: /s/*Jessica E. Brown, Esq.*_____
  Paul G. Cereghini (Bar No. 10000)
  Jeffrey C. Warren (*Pro Hac Vice*)
  Jessica E. Brown (Bar No. 14487)
  Suite 1900, Phoenix Plaza
  2929 North Central Avenue
  Phoenix, Arizona 85012-2761

  Mario D. Valencia (Bar No. 6154)
  **MARIO D. VALENCIA**
  **ATTORNEY AT LAW, LLC**
  40 S. Stephanie St., Ste. 201
  Henderson, Nevada 89012

  *Attorneys for Defendants Hyundai Motor
  America and Hyundai Motor Company*

## ORDER

This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: _____, 2025

_____
**UNITED STATES DISTRICT JUDGE
GLORIA M. NAVARRO**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2025, I electronically transmitted the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants:

Peter S. Christiansen, Esq.
R. Todd Terry, Esq.
Whitney J. Barrett, Esq.
Keely A. Chippoletti, Esq.
**CHRISTIANSEN TRIAL LAWYERS**
710 S. 7th St., Ste. B
Las Vegas, NV 89101
pete@christiansenlaw.com
tterry@christiansenlaw.com
wbarrett@christiansenlaw.com
keely@christiansenlaw.com

*Attorneys for Plaintiff*

*/s/Jeannette Felix*
An employee of Bowman and Brooke LLP

3

**Jeannette Felix**

---

**From:** Whitney J. Barrett <wbarrett@christiansenlaw.com>
**Sent:** Friday, March 28, 2025 4:51 PM
**To:** Jess Brown <Jessica.Brown@bowmanandbrooke.com>
**Cc:** Jeannette Felix <Jeannette.Felix@bowmanandbrooke.com>
**Subject:** Re: 2025-03-27 Stipulation and Order to Dismiss (31579733.1).docx

Hi Jess,

You have my approval to submit this stipulation and order.

Thanks,

Whitney

Whitney J. Barrett
Attorney
Christiansen Trial Lawyers
710 South 7th Street
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Fri, Mar 28, 2025 at 2:36 PM, Jess Brown <Jessica.Brown@bowmanandbrooke.com> wrote:

> Whitney,
>
> Please see attached the Stipulation and Order to Dismiss as discussed. Please let me know if we have your permission to add your signature and file this with the Court.
>
> Kind regards,
>
> Jess
>
> **Jessica E. Brown**
> Associate
> +1 602-643-2411 | Jessica.Brown@bowmanandbrooke.com
>
>
>
> Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

1